IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE M. BRIDGES                                                                        PLAINTIFF

vs.                                           CIVIL NO. 05-1040

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION                DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 14th day of June 2006.

                                      /s/ Bobby E. Shepherd
                                      HONORABLE BOBBY E. SHEPHERD
                                      UNITED STATES MAGISTRATE JUDGE